**TORRES | TORRES STALLINGS AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RENE ZEPEDA FELIX

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br>RENE ZEPEDA FELIX,<br><br>　　　　Defendant | Case No.: 1:20-cr-00213<br><br>**REQUEST TO TRANSPORT FEDERAL INMATE FOR SURGERY; ORDER DENYING REQUEST**<br>**(Doc. 32)** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RENE ZEPEDA FELIX, by and through his attorney of record, DAVID A. TORRES hereby requests that he be transported for surgery on Monday. November 16, 2020.

On or about November 10, 2020 I was appointed by the Criminal Justice Act Panel to represent Mr. Felix in this matter. On the week of November 10, 2020 there were various communications between myself and CJA Panel Administrator, Connie Garcia.  I was informed by Ms. Garcia that the defendant is scheduled for surgery, on Monday November 16, 2020 at 10:45a.m. (document is attached herein, we were informed by his spouse that the arrival time was changed from 11:45a.m. to 10:45a.m.). Surgery is scheduled at the Kern Medical Surgery Center located at 9300 Stockdale Highway, Suite 200.

I have spoken to AUSA Angela Scott and she does not objection to the request, so long as the US Marshals Office can accommodate the transportation.

DATED:  November 13, 2020

                                              Respectfully Submitted,

                                              ***/s/ David A Torres***
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              RENE ZEPEDA FELIX

## ORDER

The Court has received information from the U.S. Marshal Service that the surgery at issue is non-emergent.  Though the Court has no reason at this time to doubt that Mr. Felix needs the surgery, the short notice provided to the U.S. Marshal Service is insufficient for it to adequately assure the safety of those involved[1].  When weighed against the fact that medical staff at the Lerdo Jail Facility has confirmed that the surgery can be delayed without adverse health consequences to Mr. Felix, the Court cannot justify allowing the surgery to proceed on Monday. The risks posed to the escorting officers, the medical staff and the public are unnecessarily great. Rescheduling the surgery would minimize these risks.  Thus, the Court **DENIES** the request (Doc. 32).

///

///

---

[1] Advance notice of inmate movements outside of the custodial setting give rise to the increased risk of an escape attempt that may be supported by the inmate's cohort outside of the facility. The Court does not suggest that this is planned by Mr. Felix, his friends or family.  However, the U.S. Marshal Service is charged with the safety and security of those in their custody as well as those who may be placed at risk by those in their custody.  In this role, the U.S. Marshal Service must plan for and be aware of the risks posed by inmate movement.

Nevertheless, <u>if Mr. Felix remains detained after his hearing on November 17, 2020</u>, the U.S. Marshal Service is **ORDERED** to work with the medical staff at the Lerdo Jail Facility to reschedule Mr. Felix's surgery as needed to assure his health and welfare.

IT IS SO ORDERED.

    Dated:   **November 13, 2020**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE