UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:20-cr-00213 DAD BAM |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| RENE ZEPEDA FELIX, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. David A. Torres is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to November 11, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __November 15, 2020__      __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE