PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00213-NODJ-BAM |
| Plaintiff, | STIPULATION FOR CHANGE OF PLEA, AND EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; ORDER |
| v. | |
| RENE ZEPEDA FELIX, | CURRENT DATE: January 10, 2024 |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By this stipulation, the government and defendant now move to vacate the status conference set for January 10, 2024, and set a change of plea date on February 20, 2024, and to exclude time between January 10, 2024, and February 20, 2024, under Local Code T4.

2.     The parties agree and stipulate, and request that the Court find the following:

a)     The parties represent that they have entered into a plea agreement in this matter.

b)     Thus, a change of plea date is appropriate.

c)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

1         d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

2   et seq., within which trial must commence, the time period of January 10, 2024 to February 20,

3   2024 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

4   T4] because it results from a continuance granted by the Court at the parties' request on the basis

5   of the Court's finding that the ends of justice served by taking such action outweigh the best

6   interest of the public and the defendants in a speedy trial.

7         e)      The parties also agree that this continuance is necessary for several reasons,

8   including but not limited to, the need to permit time for the parties to exchange supplemental

9   discovery, engage in plea negotiations, and for the defense to continue its investigation and

10  preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

11      3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

12  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

13  must commence.

14      IT IS SO STIPULATED.

15

16   Dated:  January 3, 2024                    PHILLIP A. TALBERT
                                         United States Attorney

17

18                                           /s/ STEPHANIE M. STOKMAN
                                        STEPHANIE M. STOKMAN

19                                          Assistant United States Attorney

20

21  Dated: January 3, 2024                       /s/  DAVID TORRES
                                       DAVID TORRES

22                                         Counsel for Defendant

23                                         RENE ZEPEDA FELIZ

24

25

26

27

28

### ORDER

IT IS SO ORDERED that the status conference set for January 10, 2024, is vacated. A change of plea hearing is set for **February 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   __**January 5, 2024**__                    ___/s/ *Barbara A. McAuliffe*___

UNITED STATES MAGISTRATE JUDGE