PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE ZAPADA FELIX,<br><br>Defendant. | CASE NO. 1:20-CR-00213-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 29, 2024<br>TIME:<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 29, 2024.

2. By this stipulation, the parties now move to continue the sentencing until September 9, 2024, and to exclude time between July 29, 2024, and September 9, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties have been prepared to proceed to sentencing. However, there has been confusion on the issues of safety valve as it applies to the defendant. The government mistakenly believed that defendant qualified for safety valve, however, given recent changes in the law, it appears defendant does not qualify. Defendant's debrief thus qualifies him for relief under another statute.

4. The parties request additional time to discuss the appropriate sentencing guideline range and recommendation given the above. The parties apologize to the Court for the last minute request, but

believe that the interest of justice outweighs the speedy execution of sentence for defendant.

5. In an abundance of caution, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2024 to September 9, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 25, 2024                                PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ STEPHANIE M. STOKMAN
                                                   STEPHANIE M. STOKMAN
                                                   Assistant United States Attorney


Dated: July 25, 2024                                /s/ DAVID TORRES
                                                   DAVID TORRES
                                                   Counsel for Defendant

### **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from July 29, 2024, to **September 9, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **July 26, 2024**       /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE